1  David J. Feldman, Esq.
2  Nevada Bar No. 5947
   FELDMAN GRAF, P.C.
3  8845 West Flamingo Rd., Suite 210
   Las Vegas, Nevada 89147
4  Telephone: (702) 949-5096
   Facsimile: (702) 949-5097
5  dfeldman@feldmangraf.com
6  Attorneys for Defendants
   Coast National Insurance Company improperly
7  referred to as Bristol West Insurance Services of
   California Inc.
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA ANGUIANO, | ) Case No.: 2:15-cv-2372 -GMN-GWF |
| Plaintiff, | ) |
| vs. | ) |
| BRISTOL WEST INSURANCE SERVICES OF CALIFORNIA, INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 though 20, inclusive, | ) |
| Defendants. | ) |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff Rebecca Anguiano, by and through her counsel of record, Lawrence M. Ruiz, Esq. of the law firm of Ruiz Law Firm, and Defendant Bristol West Insurance Services of California Inc., by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:15-cv-2372-GMN-GWF entitled *Rebecca Anguiano v. Bristol West Insurance Services of California, Inc.*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

1

*Rebecca Anguiano v. Bristol West Insurance Services of California, Inc., et al.*
United States District Court Case No. 2:15-cv-2372 -GMN-GWF
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

A trial date has not been scheduled in the above-captioned matter.

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, and each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: December 29, 2015

_____
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED.**

Dated: 12-16-15                         Dated: 12/16/15

_____         _____
RUIZ LAW FIRM                           FELDMAN GRAF, P.C.
Lawrence M. Ruiz, Esq.                  David J. Feldman, Esq.
Nevada Bar No. 11451                    Nevada Bar No. 5947
631 S. Tenth Street                     8845 W. Flamingo Road, Suite 210
Las Vegas, Nevada 89101                 Las Vegas, Nevada 89147
Telephone: (702) 850-1717               Telephone: (702) 949-5096
Attorneys for Plaintiff                 Facsimile: (702) 949-5097
Rebecca Anguiano                        Attorneys for Defendants
                                        Coast National Insurance Company
                                        improperly referred to as Bristol West
                                        Insurance Services of California Inc.